United States District Court
Southern District of Texas
**ENTERED**
December 01, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DS-RENDITE FONDS NR. 108 VLCC | § | |
| ASHNA GMBH & CO TANKSCHIFF KG, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-2386 |
| | § | |
| ENERGY TRANSPORTATION | § | |
| INTERNATIONAL LIMITED, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached. The case

is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within

ninety days from the entry of this order on representation that approval of the settlement could

not be obtained from principals.

SIGNED at Houston, Texas, this 1st day of December, 2015.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE